IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RENE COCHISE<br>P.O. Box 2313<br>Alexandria, VA 22304<br><br>          Plaintiff,<br><br>    v.<br><br>GALE A. NORTON, Secretary,<br>Department of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240<br><br>          Defendant. | Civil Action No. 06-0980 (RJL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Claire M. Whitaker, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
CLAIRE WHITAKER, Bar #354530
Assistant United States Attorney
555 Fourth Street, N.W.
Civil Division
Washington, D.C. 20530
(202)514-7137