UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| **RENEE COCHISE** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil A. No. 1:06-CV-00980 |
| ) | (RJL) |
| ) | |
| **DIRK KEMPTHONE,** ) | |
| **Department Of The Interior** ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF RENEE COCHISE'S FIRST REQUEST FOR
PRODUCTION OF DOCUMENTS TO THE DEFENDANT**

Pursuant to FRCP 34, Plaintiff Rene Cochise submits the following requests for documents to Dirk Kempthone [Department of the Interior] to produce within 30 days after service of this document by electronic e-mail.

**DEFINITIONS**

1.  The term "you" or "your" refers to [responding party] and each of its affiliates, attorneys, accountants, divisions, subdivisions, predecessors, directors, officers, employees, agents, representatives and all persons acting or purporting to act on [responding party's] behalf.

1

2. The term "document" means any writing or recording as defined in Rule 1001 of the Federal Rules of Evidence, including any drafts, revisions and computer-readable material.

3. The term "persons" refers to natural persons, proprietorships, corporations, partnerships, trusts, joint venture groups, associations and organizations.

4. "Relating to" and "relates to" mean, without limitation, relating to, concerning, constituting, mentioning, referring to, describing, summarizing, evidencing, listing, relevant to, demonstrating, tending to prove or disprove, or explain.

5. "Correspondence" means any letter, memorandum or other writing.

6. "Communication" or "communications" include, without limitation, in-person or telephone conversations, telegrams, telexes, tapes, or other sound recordings or means of transmitting information from one source to another.

7. The connectives "and" and "or" mean either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

8. The use of the singular includes the plural, and vice versa.

9. The use of one gender includes all others, appropriate in the context.

## INSTRUCTIONS

1. The relevant time period of these requests is from 1997 until 2003 and shall include all documents which relate or refer to this period even though prepared before or subsequent to that period.

2. If you object to furnishing any requested document on the ground of privilege, immunity, work product or otherwise, please provide a written statement in which you identify the specific ground on which your objection is based and the document objected to by furnishing its date, author, recipient, a general description of the subject matter of the document and the reason why the document is protected.

3. Notwithstanding your objection, you must disclose any objected to evidence containing non-objectionable matter which is relevant, and material to the discovery requests, but you may withhold the portion for which you assert the objection, subject to further request or motion, provided that you furnish the above-requested identification.

4. If you later discover additional responsive documents, you are obligated to supplement your responses pursuant to FRCP 26(e).

## REQUESTS FOR PRODUCTION

1. Please provide copies of all monetary awards, service awards, star awards and commendations that Renee Cochise received during her employment with the United States of The Interior.

2. Please provide copies of all personnel performance evaluations given to Renee Cochise during 1997, 1998, 1999, 2000, 2001, 2002, and 2003, and during the entire time that she was supervised by Chris Kenny.

3. Please provide copies of all Renee Cochise "Performance Plan and Results Reports" given by Chris Kenny.

4. Please provide copies of all documents related to this case.

5. Please provide copies of all e-mails related to this case.

6. Please provide a copy of the official disciplinary policy of the agency.

7. Please provide all documents and departmental policy statements that authorize Chris Kenny to inform and "warn" Renee Cochise that she could be subject to criminal prosecution for "giving a false statement during an administrative investigation."

8. Please provide a copy of the official agency policy or directive related to employee discussions and meetings with Indian Tribes.

9. Please provide copies of all documents and agency policies, procedures and regulations regarding the actions and procedures to be followed during an agency administrative investigation.

10. Please provide a copy of Renee Cochise's official personnel description and qualification statement.

11. Please provide a copy of Chris Kenny's personnel description and qualification statement.

12. Please provide a copy of Barbara White's personnel description and qualification statement.

13. Please provide copies of all correspondence from the law firm of Holland & Knight LLP, and attorney Shenan R. Atcitty.

14. Please provide a copy of the U.S. Department of Interior's Departmental Manual, Chapter 335 – "Promotion and Internal Placement."

Respectfully submitted,

_____/s/_____
Frazer Walton, Jr.
Bar No. 374301
920 Burns Street, S.E.
Washington, D.C. 20019
[202] 584-7572


_____/s/_____
Mark Lane
2523 Brunswick Road
Charlottesville, Virginia 22903
[434] 293-2349

Attorneys for Plaintiff Cochise

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing plaintiff's first request for production of documents to the defendant was sent by electronic e-mail to Claire Whitaker, Esquire, AUSA on the 10th day of November, 2006.

By:_____/s/_____
Frazer Walton, Jr.