UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| RENE COCHISE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-CV-00980 (RJL) |
| | ) | |
| DIRK KEMPTHORNE, DEPARTMENT OF THE INTERIOR, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

CONSENT **MOTION TO EXTEND DISCOVERY**

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court, on behalf of the parties, for an extension of the discovery period in this case, to and including June 29, 2007. Discovery presently ends on March 27, 2007. The grounds for the requested extension are as follows.

On October 6, 2006, the parties submitted their Joint Meet and Confer Statement in accordance with Local Rule LCvR 16.3. R. 5. On January 26, 2007, this Court entered the scheduling order in this case which, *inter alia*, set the close of discovery for March 27, 2007. Neither party intended such a short discovery period. As both parties believed discovery would be improper before the Court entered a scheduling order and because that scheduling order was not entered until January 26, 2007, little discovery has been accomplished to date. Accordingly, the parties have conferred and mutually agree that an extension of the discovery period, to and including June 29, 2007, is necessary.

A proposed order is attached which addresses the new date for the close of discovery and for the filing of dispositive motions.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137