UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| RENE COCHISE | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 06-CV-00980 (RJL) |
| DIRK KEMPTHORNE, DEPARTMENT OF THE INTERIOR, | ) ) ) | |
| Defendant. | ) ) ) | |

ORDER

Upon consideration of defendant's motion to extend the discovery, consented to by plaintiff, and for good cause shown, it is this _____ day of _____, 2007

ORDERED, that said motion is granted, and it is

FURTHER ORDERED, that the close of discovery is extended to June 29, 2007; and it is

FURTHER ORDERED, that dispositive motions are due thirty days after the close of discovery, with oppositions and replies filed in accordance with the rules of court.

_____
UNITED STATES DISTRICT COURT