# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                              )
RENE COCHISE                                  )
                                              )
        Plaintiff,                            )
                                              )
        v.                                    )        Civil Action No. 06-CV-00980 (RJL)
                                              )
DIRK KEMPTHORNE, DEPARTMENT                   )
OF THE INTERIOR,                              )
                                              )
        Defendant.                            )
_____)

## CONSENT MOTION TO EXTEND DISCOVERY

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant moves this Court, on behalf of the parties, for an additional extension of the discovery period in this case, to and including September 7, 2007.  Discovery presently ends on June 19, 2007.  The grounds for the requested extension are as follows:

The parties are having difficulties locating significant witnesses in this case during the discovery period.  One significant witness has been located and it is expected that the deposition of this witness will be scheduled for the last week of June.  It is also anticipated that depositions of other witnesses will be concluded by early August.  Because June through August are in a period during which individuals often take annual leave, in an abundance of caution, the parties are requesting that discovery remain open until September 7, 2007.

A proposed order is attached which addresses the new date for the close of discovery and for the filing of dispositive motions.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137

2