UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENE COCHISE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, DEPARTMENT )<br>OF THE INTERIOR, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-CV-00980 (RJL) |

<u>ORDER</u>

Upon consideration of defendant's motion to extend the discovery, consented to by plaintiff, and for good cause shown, it is this _____ day of _____, 2007

ORDERED, that said motion is granted, and it is

FURTHER ORDERED, that the close of discovery is extended to September 7, 2007; and it is

FURTHER ORDERED, that dispositive motions are due thirty days after the close of discovery, with oppositions and replies filed in accordance with the rules of court.

_____
UNITED STATES DISTRICT COURT