# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RENE COCHISE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, DEPARTMENT )<br>OF THE INTERIOR, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-CV-00980 (RJL) |

## CONSENT MOTION TO CONTINUE STATUS CONFERENCE OF 2/8/08

By Minute Order dated November 5, 2007, this Court scheduled a Status Conference in this case for February 8, 2008, at 2:30 p.m. Defendant now moves, with the consent of plaintiff, for a rescheduling of the Status Conference for any Friday in March or April 2008, excluding March 21, 2008 or April 4, 2008.

The reasons for this motion are that undersigned counsel primarily assigned to the case will be out of the office between February 2 and 12, 2008, on an unanticipated family matter. Because the parties have been engaging in settlement discussions and continue to consult on this matter, and because there are presently no other deadlines that would be affected by the requested continuance, it is respectfully requested that this motion be granted. Should the Court determine to set the Scheduling Conference for another Friday in March or April 2008, plaintiff's counsel has indicated his unavailability on March 21, 2008, and April 4, 2008.

A proposed order is attached.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH.CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

_____/s/_____
CLAIRE WHITAKER, D.C. Bar # 354530
Assistant United States Attorney
United States Attorneys Office
Civil Division
555 4th Street, N.W., Room E-4204
Washington, D.C. 20530
(202) 514-7137