**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | ) | |
|---|---|---|
| RENE COCHISE | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
|        v. | ) | Civil Action No. 06-CV-00980 (RJL) |
| | ) | |
| DIRK KEMPTHORNE, DEPARTMENT OF THE INTERIOR, | ) | |
| | ) | |
|     Defendant. | ) | |

**ORDER**

Upon consideration of Defendant's Consent Motion to continue the Status Conference presently scheduled in this case for February 8, 2008, at 2:30 p.m., and for good cause shown, it is by the Court, this ____ day of _____, 2008,

ORDERED, that said motion is granted. The February 8, 2008, Status Conference is vacated, and it is

FURTHER ORDERED, that the Status Conference in this case is rescheduled for _____.

_____
UNITED STATES DISTRICT JUDGE