# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENE COCHISE | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action Number: 1:06CV00980 |
| v. | ) (RJL) |
| | ) |
| GALE NORTON, DEPARTMENT OF | ) |
| THE INTERIOR | ) |
| | ) |
| Defendant. | ) |

## JOINT PROPOSED SCHEDULING ORDER

Plaintiff Rene Cochise, and Defendant Gale Norton, Department of the Interior, respectfully submit this jointly proposed schedule to govern future proceedings in this case, pursuant to the Court's order at the scheduling hearing on March 27, 2008. The parties suggest the following schedule:

- Dispositive motions are to be filed on or before 60 days from the date of the submission of this proposed order (April 7, 2008);

- Any oppositions or cross-dispositive motions thereto are to be filed on or before 45 days thereafter; and

- Any replies thereto is/are filed on or before 30 days thereafter.

A proposed order is attached.

Respectfully submitted,


____/s/_____          ____/s/_____
Frazer Walton, Jr. D.C. Bar #374301      JEFFREY A. TAYLOR, D.C. Bar # 498610
920 Burns Street                          United States Attorney
Washington, D.C.  20019

                                          ____/s/_____
*Attorney for Plaintiff*                  RUDOLPH CONTRERAS, D.C. Bar # 434122
                                          Assistant United States Attorney

                                          ____/s/_____
                                          CHRISTIAN NATIELLO, D.C. Bar # 473906
                                          Assistant United States Attorney
                                          555 4th St., N.W.
                                          Room E4112
                                          Washington, DC 20530
                                          (202) 307-0338
                                          christian.natiello@usdoj.gov

                                          *Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## SCHEDULING ORDER

The parties in this case will adhere to the following deadlines:

•The parties will submit dispositive motions by June 6, 2008;

•The parties will submit any oppositions or cross-dispositive motions thereto by July 21, 2008;

and

•The parties will submit any replies thereto by August 21, 2008.

So ordered, this _____ day of _____, 2008.

_____
RICHARD J. LEON
United States District Judge

Respectfully submitted,

_____          _____
    /s/                                  /s/
Frazer Walton, Jr. D.C. Bar #374301Christian A. Natiello, D.C. Bar #473960
920 Burns Street, S.E.Assistant United States Attorney
Washington, D.C. 20019555 Fourth St., N.W.
Room E4112
*Attorney for Plaintiff* Washington, D.C. 20530

*Attorney for Defendant*