# EXHIBIT # 5

*10198*

*980210094*



# UNITED STATES DEPARTMENT OF THE INTERIOR
# AWARD CERTIFICATION

Rene' L. Cochise

_____
(Recipient)

## Is Presented a:

### *Monetary Award or Recognition*

__X__  **On-the-Spot Award** in the net amount of $ _500.00_

_____  **STAR Award** in the gross amount of $ _____

_____  **Quality Step Increase** (sustained exceptional performance pay increase)

_____  **Time Off Recognition**--number of hours _____

_____  **Non-Monetary Recognition** with a cash value of $ _____

_____  **Interior Innovation Award** ($1,000 increase to operating budget)

_____  **Continuous Improvement Incentive** (check appropriate award above)

### *Bureau-Specific Award* _____
(Title)

### *Honor Award*

- **Highest Honors:**      _____  **Distinguished Service Award**
                          _____  **Conservation Service Award**

- **Mid-Level Honors:**    _____  **Meritorious Service Award**
                          _____  **Outstanding Service Award**
                          _____  **Unit Award for Excellence of Service**

- **Initial Honors:**      _____  **Superior Service Award**
                          _____  **Citizen's Award for Exceptional Service**

- **Heroic Act Honors:**   _____  **Valor Award**
                          _____  **Citizen's Award for Bravery**
                          _____  **Exemplary Act Award**

FORM DI-451
February 1996

**JUSTIFICATION**    Required only for monetary awards, innovation awards, non-monetary recognition of significant value, or time off recognition.  Citation is justification for honor awards.  Attach copy of citation.

Please see the attached statement.

---

**APPROVED BY:**  *Christoph J. Kenney*  7/3/98  222-28-5xxx
(Signature, Date, and Telephone Number including Area Code)

**ADDITIONAL SIGNATURES**
[As required by Bureau delegations]

*Stefaluil* — 7/5/98

*(signature)*  7/6/98          *Carmen R Mangum* 7/6/98
(Signature and Date)          (Signature and Date)

---

**FINANCIAL ACTION RECORD**    This record is to initiate payment, accounting and tax transactions for STAR awards, On-the-Spot awards, and non-monetary recognition of significant value.  Do not complete for Quality Step Increases, Time Off recognition, Interior Innovation Award or Honor Awards.

Recipient Name: __Rene' L. Cochise__          Social Security Number: __585 88 2926__

| 07 | 09 | 005 | W961000 | A10-1523-4000-400-00-0-1 |
|----|----|-----|---------|--------------------------|
| Bureau | Sub-Bureau | Block | Org. Code | Cost Account |

**MONETARY AWARD TO BE PAID THROUGH IMPREST (ON-THE-SPOT)**
Amount Authorized for Imprest Payment  (Hours Code 66A)          $_____ (Net Amount)
Amount Including Taxes  (Amount Paid divided by .55)  (Hours Code 30A)          $_____ (Gross Amount)

**IMPREST FUND PAYMENT RECORD**  (Present to Imprest Fund Cashier)
Paid by:        Cash [ ]        Third Party Draft [ ]          Subvoucher # _____

Received by Signature and Date: _____

**MONETARY AWARD TO BE PAID THROUGH THE PAYROLL SYSTEM (STAR OR ON-THE-SPOT)**
Total Cash Award  (Hours Code 30A)          $__910.00__ (Gross Amount)
Pay Period to be Processed by Payroll          98  14

**NON-MONETARY RECOGNITION OF SIGNIFICANT VALUE**  (from $26 to $250)
Cash Value of Award  (Hours Code 66A)          $__500.00__ (Net Amount)
Value Including Taxes  (Cash Value divided by .55)          $__910.00__ (Gross Amount)

Disposition of this form: Original to servicing personnel office, copy to recipient. For STAR awards, On-the-Spot awards, and non-monetary recognition of significant value FAX page 2 of this form to the Payroll Operations Division.
This fax is in lieu of original.  *DO NOT* SEND ORIGINAL OF THIS DOCUMENT TO PAYROLL.

Note:  Information on this form is protected by the Privacy Act.  Disclosure may be made only to authorized persons according to Title 5 U.S.C., Section 552a(b).

On the Spot Award for Rene' L. Cochise

Ms. Rene Cochise served as the Team leader in developing the Director, Native American Affairs Group's, presentation to the Assistant Secretary - Water and Science on "Drinking Water Issues on Indian Reservations." Ms. Cochise worked through the Indian Health Service and the Bureau of Indian Affairs as well as Reclamation to gather information for this presentation. This presentation was well received by the Assistant Secretary and her staff, much to the credit of Ms. Cochise's efforts.

AUG 6 REC'D

## NOTIFICATION OF PERSONNEL ACTION

Personnel Management
-33, Subch. 4

| , First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| HISE, RENE L. | 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 | 07/11/57 | 08/02/98 |

| ST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5-B. Nature Of Action | 6-A. Code | 6-B. Nature of Action | |
| SPECIAL ACT OR SERVICE AWARD | 6-C Code | 6-D. Legal Authority | |
| 5-D. Legal Authority | | | |
| 5 U.S.C. 4503 | 6-E. Code | 6-F. Legal Authority | |
| 5-F. Legal Authority | | | |

| M: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | POLICY ANALYST |
| | W961000      -004590 |

| en | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $  910 | |

| sic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| e and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | COMMISSIONER'S OFFICE |
| | OPERATIONS |
| | NATIVE AMERICAN AFFAIRS |
| | DENVER, COLORADO |

### MPLOYEE DATA

| eterans Preference | | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| 1 - None        3 - 10-Point/Disability  -    5 - 10-Point Other | | 1   0 - None      2 - Conditional | F  SEX | YES  [X] NO |
| 2 - 5-Point    4 - 10-Point Compensable    6 - 10-Point/Compensable/30% | | 1 - Permanent  3 - Indefinite | | |

| GU | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| BASIC + ADDL OPT WITH 5 X PAY + | 9   NOT APPLICABLE | 0 |
| STD OPT + FAM OPT | | |

| etirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| FERS & FICA | 06/18/90 | F  FULL-TIME | |

### OSITION DATA

| osition Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 - Competitive Service   3 - SES General | E   E - Exempt | | 8888 |
| 2 - Excepted Service    4 - SES Career Reserved | N - Nonexempt | | |

| uty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 1-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| Agency Data NC | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|
| LS   00 | X | 17 | 5 | NONSENSITIVE/LOW RI |

emarks

Appellant's
Exhibit # 1

| . Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF RECLAMATION | Jessica Gallo |
| | AUTHORIZING OFFICIAL |

| . Agency Code | 48. Personnel Office ID | 49. Approval Date | 980210094 |
|---|---|---|---|
| IN07 | 1368 | 07/31/98 | |

*09 - 931.2040*



# UNITED STATES DEPARTMENT OF THE INTERIOR
# AWARD CERTIFICATION

## Rene Cochise
### (Recipient)
### Is Presented a:

### *Monetary Award or Recognition*

____ **On-the-Spot Award** in the net amount of $_____

__X__ **STAR Award** in the gross amount of **$ 500.00**

____ **Quality Step Increase** (sustained exceptional performance pay increase)

____ **Time Off Recognition**--number of hours _____

____ **Non-Monetary Recognition** with a cash value of $_____

____ **Interior Innovation Award** ($1,000 increase to operating budget)

____ **Continuous Improvement Incentive** (check appropriate award above)

### *Bureau-Specific Award* _____
### (Title)

### *Honor Award*

- **Highest Honors:**          ____ **Distinguished Service Award**
                               ____ **Conservation Service Award**

- **Mid-Level Honors:**        ____ **Meritorious Service Award**
                               ____ **Outstanding Service Award**
                               ____ **Unit Award for Excellence of Service**

- **Initial Honors:**          ____ **Superior Service Award**
                               ____ **Citizen's Award for Exceptional Service**

- **Heroic Act Honors:**       ____ **Valor Award**
                               ____ **Citizen's Award for Bravery**
                               ____ **Exemplary Act Award**

FORM DI-451
February 1996

**JUSTIFICATION**    Required only for monetary awards, innovation awards, non-monetary recognition of significant value, or time off recognition. Citation is justification for honor awards. Attach copy of citation.

## SEE ATTACHMENT

**APPROVED BY:** _Christopher J Kenny_    202-208-5000
(Signature, Date, and Telephone Number including Area Code)

**ADDITIONAL SIGNATURES**
[As required by Bureau delegations]

_Stephen V. Magurno_                    _Stephen Glaze_
(Signature and Date)                        (Signature and Date)

**FINANCIAL ACTION RECORD**    This record is to initiate payment, accounting and tax transactions for STAR awards, On-the-Spot awards, and non-monetary recognition of significant value. Do not complete for Quality Step Increases, Time Off recognition, Interior Innovation Award or Honor Awards.

Recipient Name: __Rene Cochise__    Social Security Number: ____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____

| 07 | 09 | 005 | W-96100 | A10-1523-4000-400-00-0-1 |
|---|---|---|---|---|
| Bureau | Sub-Bureau | Block | Org. Code | Cost Account |

**MONETARY AWARD TO BE PAID THROUGH IMPREST (ON-THE-SPOT)**
Amount Authorized for Imprest Payment (Hours Code 66A)    $_____ (Net Amount)
Amount Including Taxes (Amount Paid divided by .55) (Hours Code 30A)    $_____ (Gross Amount)

**IMPREST FUND PAYMENT RECORD** (Present to Imprest Fund Cashier)
Paid by:    Cash [ ]    Third Party Draft [ ]    Subvoucher # _____

Received by Signature and Date: _____

**MONETARY AWARD TO BE PAID THROUGH THE PAYROLL SYSTEM (STAR OR ON-THE-SPOT)**
Total Cash Award (Hours Code 30A)    $_____ (Gross Amount)
Pay Period to be Processed by Payroll    _____

**NON-MONETARY RECOGNITION OF SIGNIFICANT VALUE** (from $26 to $250)
Cash Value of Award (Hours Code 66A)    $_500.00_____ (Net Amount)
Value Including Taxes (Cash Value divided by .55)    $_____ (Gross Amount)

**Disposition of this form**: Original to servicing personnel office, copy to recipient. For STAR awards, On-the-Spot awards, and non-monetary recognition of significant value FAX page 2 of this form to the Payroll Operations Division. This fax is in lieu of original. *DO NOT* SEND ORIGINAL OF THIS DOCUMENT TO PAYROLL.

,Note: Information on this form is protected by the Privacy Act. Disclosure may be made only to authorized persons according to Title 5 U.S.C., Section 552a(b).

Ms. Rene' Cochise is recommended for a Star Award for the following reasons:

As a member of the National Drought Policy Commission, the Commissioner agreed to provide staff support to provide the Commission information on the impacts of drought on Indian tribes. Ms. Cochise was asked to support Roseanne Gonzalez in that effort. Ms. Cochise helped develop a survey instrument and made the contacts to survey Indian tribes on drought issues. In addition, Ms. Cochise was the principal person responsible for drafting and finalizing a report to the Commissioner which summarized the findings of the survey. Ms. Cochise materially contributed to the efforts of the National Drought Policy Commission in its deliberations for a report to Congress in FY2000.

## NOTIFICATION OF PERSONNEL ACTION

...rsonnel Management
...33, Subch. 4

...e, First, Middle)

HISE, RENE L.

| 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|
| 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 | 07/11/57 | 01/02/00 |

**ST ACTION** / **SECOND ACTION**

| ...de | 5-B. Nature Of Action | 6-A. Code | 6-B. Nature of Action |
|---|---|---|---|
| 7 | SPECIAL ACT OR SERVICE AWARD | | |
| ...de | 5-D. Legal Authority | 6-C Code | 6-D. Legal Authority |
| F | 5 U.S.C. 4503 - OTS | | |
| ...de | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| ...OM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| | POLICY ANALYST |
| | W961000     -004590 |

| ...Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16.Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | $ 500 | |

| Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| ...ame and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | COMMISSIONER'S OFFICE |
| | OPERATIONS |
| | NATIVE AMERICAN AFFAIRS |
| | DENVER, COLORADO |

**EMPLOYEE DATA**

Veterans Preference

| ...L | 1 - None    3 - 10-Point/Disability    5 - 10-Point Other<br>2 - 5-Point    4 - 10-Point Compensable    6 - 10-Point/Compensable/30% | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|
| | | 1    0 - None    2 - Conditional<br>1 - Permanent    3 - Indefinite | F    SEX | YES    [X] NO |

| | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| FEGLI | BASIC + OPTIONAL(5X) + STANDARD + | 9    NOT APPLICABLE | 0 |
| 71 | FAMILY(1X) | | |

| Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per<br>Biweekly<br>Pay Period |
|---|---|---|---|
| K    FERS & FICA | 06/18/90 | F    FULL-TIME | |

**POSITION DATA**

| . Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1    1 - Competitive Service    3 - SES General<br>2 - Excepted Service    4 - SES Career Reserved | E    E - Exempt<br>N - Nonexempt | | 8888 |

| . Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 11-0010-001 | WASHINGTON, DISTRICT OF COLUMBIA |

| 0. Agency Data | NC | 41. VET-STAT | 42. EDUC LVL | 43. SUPV LVL | 44. POSITION SENSITIVITY |
|---|---|---|---|---|---|
| CLS | 00 | X | 17 | 5 | NONSENSITIVE/LOW RI |

45. Remarks

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - BUREAU OF RECLAMATION | *Anna Lovato* |
| | ANNA LOVATO |
| | PERSONNEL MANAGEMENT SPECIALIST |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | |
|---|---|---|---|
| IN07 | 1368 | 12/30/99 | 312044 |

1 - Employee Copy - Keep for Future Reference



# UNITED STATES DEPARTMENT OF THE INTERIOR
# AWARD CERTIFICATION



Rene Cochise
(Recipient)

## Is Presented a:

### Monetary Award or Recognition

___ **On-the-Spot Award** in the net amount of $

✓ **STAR Award** in the gross amount of $ 843.17 ✓

___ **Quality Step Increase** (sustained exceptional performance pay increase)

___ **Time Off Recognition**--number of hours

___ **Non-Monetary Recognition** with a cash value of $

___ **Interior Innovation Award** ($1,000 increase to operating budget)

___ **Continuous Improvement Incentive** (check appropriate award above)

### Bureau-Specific Award _____
(Title)

### Honor Award

- **Highest Honors:**
  ___ **Distinguished Service Award**
  ___ **Conservation Service Award**

- **Mid-Level Honors:**
  ___ **Meritorious Service Award**
  ___ **Outstanding Service Award**
  ___ **Unit Award for Excellence of Service**

- **Initial Honors:**
  ___ **Superior Service Award**
  ___ **Citizen's Award for Exceptional Service**

- **Heroic Act Honors:**
  ___ **Valor Award**
  ___ **Citizen's Award for Bravery**
  ___ **Exemplary Act Award**

FORM DI-451
February 1996

...Required only for monetary awards, innovation awards, non-monetary recognition of significant value, on-the-spot recognition. Citation justification for honor awards. Attach copy of citation.

For work detail to Office of Law Enforcement and Security and for Coordination efforts with DoI on budget/finance issues.

---

**APPROVED BY:**

(Signature, Date, and Telephone Number including Area Code)

**ADDITIONAL SIGNATURES**
[As required by Bureau delegations]

(Signature and Date)        (Signature and Date)

---

**FINANCIAL ACTION RECORD**    This record is to initiate payment, accounting and tax transactions for STAR awards, On-the-Spot awards, and non-monetary recognition of significant value. Do not complete for Quality Step Increases, Time Off recognition, Interior Innovation Award or Honor Awards.

Recipient Name: Rene Cochise     Social Security Number: 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

Bureau IN07 Sub-Bureau 09 Block ____ Org. Code W961000 Cost Account A40 1952 0003 9W0 0100(9)

## MONETARY AWARD TO BE PAID THROUGH IMPREST (ON-THE-SPOT)

Amount Authorized for Imprest Payment (Hours Code 66A)     $_____ (Net Amount)
Amount Including Taxes (Amount Paid divided by .55) (Hours Code 30A)     $_____ (Gross Amount)

**IMPREST FUND PAYMENT RECORD** (To be Completed by Imprest Fund Cashier)
Paid by:     Cash [ ]     Third Party Draft [ ]     Subvoucher # _____

Received by Signature and Date: _____

## MONETARY AWARD TO BE PAID THROUGH THE PAYROLL SYSTEM (STAR OR ON-THE-SPOT)

Total Cash Award (Hours Code 30A)     $843.17 (Gross Amount)
Pay Period to be Processed by Payroll     ASAP

## NON-MONETARY RECOGNITION OF SIGNIFICANT VALUE (Date Presented: _____)

Cash Value of Award (Hours Code 66A)     $_____ (Net Amount)
Value Including Taxes (Cash Value divided by .55) (Hours Code 30A)     $_____ (Gross Amount)

**Disposition of this form:** Original to servicing personnel office, copy to recipient. For STAR awards, On-the-Spot awards, and non-monetary recognition of significant value FAX page 2 of this form to the Payroll Operations Division. This fax is in lieu of original. *DO NOT SEND ORIGINAL OF THIS DOCUMENT TO PAYROLL.*

Note: Information on this form is protected by the Privacy Act. Disclosure may be made only to authorized persons according to Title 5 U.S.C., Section 552a(b).

FORM DI-451
February 1996



# United States Department of the Interior

BUREAU OF RECLAMATION
PO Box 25007
Denver, Colorado 80225-0007

*Renee*
*Congratulations*
*for a job well*
*Done. Thx.*
*Bill*

IN REPLY REFER TO:

D-1400
PER-1.10

Rene Cochise
Operations Group
Bureau of Reclamation
1849 C Street NW
Washington, DC 20240-0001

Dear Ms. Cochise:

In recognition of your response to post-9/11 immediate needs and advancing accomplishment of the 17 tasks, the Office of Security, Safety and Law Enforcement takes pride in presenting you a Star Award in the amount of $500.

You did an outstanding job and provided invaluable leadership in recommending and implementing multi-dimensional changes in the Bureau of Reclamation.

Congratulations on a job well done!

Sincerely,

Kathy A. Carlson
Program Manager, Security, Safety and
Law Enforcement

Larry T. Todd
Director, Security, Safety and Law
Enforcement

cc:    D-1450, W-6000

A Century of Water for the West
1902-2002

# NOTIFICATION OF PERSONNEL ACTION

...sonnel Management
...33, Subch. 4

...ISE, RENE L.

| | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| | 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 | 07/11/57 | 02/23/03 |

**ST ACTION**

**SECOND ACTION**

| | 6-A. Code | 6-B. Nature of Action |
|---|---|---|

...oc | 5-D. Nature Of Action

| 0 | INDIVIDUAL CASH AWARD |
|---|---|

...oe | 5-D. Legal Authority

| | 6-C Code | 6-D. Legal Authority |
|---|---|---|

...oe | 6-F. Legal Authority

| | 6-E. Code | 6-F. Legal Authority |
|---|---|---|

**OM: Position Title and Number**

**16. TO: Position Title and Number**
POLICY ANALYST

| ...Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | | 13. Pay Basis |
|---|---|---|---|---|---|---|
| | | | | | | |

W961000        -004590

| 16.Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|
| | | | | $   843 | |

| ...ic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay |
|---|---|---|---|

| 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|

...ne and Location of Position's Organization

**22. Name and Location of Position's Organization**
COMMISSIONER'S OFFICE
OPERATIONS
NATIVE AMERICAN AFFAIRS

DENVER, COLORADO

## IPLOYEE DATA

...rene Preference

| | | | | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|---|---|---|---|---|
| | 1 - None | 3 - 10-Point/Disability | 5 - 10-Point Other | | 1 | 0 - None   2 - Conditional | F  SEX | YES   X  NO |
| | 2 - 5-Point | 4 - 10-Point Compensable | 6 - 10-Point/Compensable/30% | | | 1 - Permanent   3 - Indefinite | | |

BASIC + OPTIONAL(5X) + STANDARD +
FAMILY(1X)

| 28. Annuitant Indicator | | 29. Pay Rate Determinant |
|---|---|---|
| 9    NOT APPLICABLE | | 0 |

...rement Plan

FERS & FICA

**SITION DATA**

| 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per |
|---|---|---|
| 06/18/90 | F    FULL-TIME | Biweekly Pay Period |

...tion Occupied

| | 1 - Competitive Service | 3 - SES General | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| | 2 - Excepted Service | 4 - SES Career Reserved | E  E - Exempt   N - Nonexempt | | 8888 |

...y Station Code

| -0010-001 | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| | WASHINGTON,DISTRICT OF COLUMBIA |

...gency Data NC

| S   00 | 41. VET-STAT   X | 42. EDUC LVL   17 | 43. SUPV LVL   5 | 44. POSITION SENSITIVITY   NONSENSITIVE/LOW RI |
|---|---|---|---|---|

...arks

...loying Department or Agency

- BUREAU OF RECLAMATION

| ...ncy Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| IN07 | 1368 | 02/21/03 |

**50. Signature/Authentication and Title of Approving Official**
MARSHA SWINK
HUMAN RESOURCES SPECIALIST
030314590

2   OPF Copy - Long-Term Record - DO NOT DESTROY

F:\M7\UDALNM\UDALNM.047

H.L.C.

# [DISCUSSION DRAFT]

107TH CONGRESS
1ST SESSION

# H. R. _____

_____

## IN THE HOUSE OF REPRESENTATIVES

Mr. UDALL of New Mexico introduced the following bill; which was referred
to the Committee on _____

_____

# A BILL

To authorize the Secretary of the Interior, through the Bureau of Reclamation, to construct the Jicarilla Apache Nation Municipal Water Delivery and Wastewater Collection Systems in the State of New Mexico, and for other purposes.

1    *Be it enacted by the Senate and House of Representa-*

2    *tives of the United States of America in Congress assembled,*

3    **SECTION 1. SHORT TITLE.**

4        This Act may be cited as the "Jicarilla Apache Res-

5    ervation Rural Water System Act".



Appellant's
Exhibit # 2





# THE JICARILLA APACHE TRIBE

P.O. BOX 507   •   DULCE, NEW MEXICO 87528

(505) 759-3242

## JICARILLA APACHE NATION
## RESOLUTION OF THE LEGISLATIVE COUNCIL

**RE: Supporting Rene Cochise in detail position to the House Resources Water & Power Subcommittee, United States House of Representatives.**

Resolution No. \_\_\_\_\_2001-R-162-04\_\_\_\_\_

**WHEREAS,** Article XI of the Jicarilla Apache Tribal Constitution, as revised, vests the inherent powers of the Jicarilla Apache Nation, including responsibility for the management of all tribal lands and natural resources, in the Jicarilla Apache Legislative Council; and

**WHEREAS,** the federally owned and operated municipal water system that serves the community of Dulce on the Jicarilla Apache Reservation is in need of major rehabilitation and repair work, and the United States Congress has directed the Bureau of Reclamation to conduct a feasibility study on the rehabilitation and repair of the water system; and

**WHEREAS,** the House Resources Water & Power Subcommittee in the United States House of Representatives is the authorizing committee for expenditure of reclamation funds, including any funding of the rehabilitation of the municipal water system in Dulce; and

**WHEREAS,** the Jicarilla Apache Nation and its representatives have been working with Rene Cochise, Policy Analyst, Bureau of Reclamation, in pursuing legislation and funding to rehabilitate the municipal water system in Dulce; and

**WHEREAS,** Ms. Cochise is extremely knowledgeable of Reclamation law, the relevant authorization and appropriations processes, tribal sovereignty and tribal governmental needs, and has been of enormous assistance to the Jicarilla Apache Nation in pursuing legislation and appropriations to rehabilitate the municipal water system in Dulce; and

**WHEREAS,** Ms. Cochise has an opportunity to work on a detail from the Bureau of Reclamation to the House Resources Water & Power Subcommittee in the 107th Congress.

10:07am   From-MILLAND & KNIGHT LLP @ SOUTH        2029555504        T-187   P.003/016   F-242

Resolution of the Legislative Council No. ____2001-R-162-04____

Re:    Supporting Rene Cochise in detail position to the House Resources Water &
       Power Subcommittee, United States House of Representatives

Page 2 of 2

**NOW THEREFORE BE IT RESOLVED,** the Legislative Council of the Jicarilla Apache Nation hereby recognizes and commends Ms. Cochise for her excellent job in assisting and facilitating Government-to-Government relations between the Bureau of Reclamation the Jicarilla Apache Nation; and

**BE IT FURTHER RESOLVED,** the Legislative Council of the Jicarilla Apache Nation hereby supports Ms. Cochise to be appointed a detail from the Bureau of Reclamation to the House Resources Water & Power Subcommittee; and

**BE IT FINALLY RESOLVED,** the President and Vice-President are hereby authorized and instructed to communicate the directives of this Resolution to members of Congress, and the Commissioner of the Bureau of Reclamation and other agency officials.

_____
President of the Jicarilla Apache Nation

## CERTIFICATION

The foregoing Resolution was enacted upon by the Tribal Council of the Jicarilla Apache Tribe on the __4th__ day of __April__ , __2001__ , by a vote of __7__ for, __0__ against, and __0__ abstaining, at a duly called meeting at which a quorum of the Tribal Council members was present.

ATTEST: _____

Secretary of the Jicarilla Apache Nation

Law Offices

# HOLLAND & KNIGHT LLP

2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006-6801

202-955-3000
FAX 202-955-5564
www.hklaw.com

| | |
|---|---|
| Atlanta | Northern Virginia |
| Boston | Orlando |
| Bradenton | Providence |
| Chicago | St. Petersburg |
| Fort Lauderdale | San Antonio |
| Jacksonville | San Francisco |
| Lakeland | Seattle |
| Los Angeles | Tallahassee |
| Melbourne | Tampa |
| Miami | Washington, D.C. |
| New York | West Palm Beach |
| International Offices: | |
| Buenos Aires* | São Paulo |
| Mexico City | Tel Aviv* |
| Rio de Janeiro | Tokyo |
| *Representative Offices | |

March 28, 2001

SHENAN R. ATCITTY
202-457-7128

Internet Address:
sratcitt@hklaw.com

Lorraine Bobian, EEO Counselor
Bureau of Reclamation
P.O. Box 25007, D4520
Denver, CO 80225-007

RE:    Meeting between the Bureau of Reclamation and Jicarilla Apache Nation,
Tuesday, March 6, 2001.

Dear Mrs. Bobian,

Holland & Knight LLP provides Federal governmental relations services to the Jicarilla Apache Nation. It has come to my attention that there is an administrative inquiry involving the scheduling and coordination of a meeting between the Bureau of Reclamation and the Jicarilla Apache Nation that occurred on Tuesday, March 6, 2001.

I would like it to be known that I scheduled and coordinated this meeting on behalf of the Nation. I represent the Nation in its efforts to obtain federal funding for the Bureau of Reclamation to conduct a feasibility study for rehabilitating the water delivery system on the Jicarilla Apache Reservation. Congress enacted our legislation last year and President Clinton signed into law PL 106-243 on December 21, 2000. Congress directed that the study be completed and reported to Congress by July 10, 2001. We are in the process of finalizing this study which will be used as a basis for securing project authorization for the construction of new tribal municipal water supply system. This is a $25 million project which involves two federal agencies, the Bureau of Reclamation and the Bureau of Indian Affairs and implicates the health, safety and economic development concerns of the Nation. This project is of the utmost priority for the Jicarilla Apache Nation.

March 28, 2001
Page 2

I called Mrs. René Cochise, Policy Analyst, Bureau of Reclamation, to inform her that the President and Tribal Council members of the Jicarilla Apache Nation would be in Washington D.C. the week of March 5, 2001. I asked Mrs. Cochise for the availability of Mr. Larry Todd to meet with the Jicarilla officials. Due to the magnitude of the project, the Jicarilla officials wanted to meet with the top officials in the Bureau of Reclamation to secure assurance that the change in Administration would not affect the agency's favorable position regarding our project. Mrs. Cochise later provided me with Mr. Todd's secretary's telephone and fax numbers. In fact, Mr. Todd was unavailable to meet with us, so I scheduled a meeting with Mike Gabaldon. For your review, I am attaching a copy of the letter confirming the meeting that I scheduled with Mr. Gabaldon. Mrs. Cochise also recommended that I contact Mr. Chis Kenney, Director of the Native American Affairs Office and informed me that she would not be available for the meeting. She was unsure of Mr. Kenney's availability, but reminded me to include him. As an oversight, I did not call Mr. Kenney.

For the past two years, we have been working with Mrs. Cochise on this particular project, and we believe that she has been absolutely instrumental to our success. In this instance as in many other instances in the past, I directly contacted Mrs. Cochise because of (1) her extensive knowledge of Reclamation law; (2) her knowledge of project authorization; (3) her knowledge of the legislative process; (4) her experience working with Indian tribes, and in particular working with my client the Jicarilla Apache Nation; and (5) her experience working with other federal agencies. In addition, it has been my experience that Mrs. Cochise is very likeable and as a professional Native American woman, she quickly developed and maintains a natural rapport with the tribal leaders and myself. Because she is a member of the Mescalero Apache Tribe, she knows many of the same people as the Jicarilla leaders, she's knowledgeable of Apache customs and traditions and has an inherent familiarity based on her heritage and background. The agency should be proud and supportive of Mrs. Cochise's ability to build trust with tribal leaders as it only improves the credibility of an agency that is known for its historically destructive impacts on tribal lands and people.

On the other hand, when I first began meeting with Reclamation, Mr. Kenney initially instructed that the Jicarilla Apache Nation must meet only with him or that he must be included in all meetings involving the Bureau of Reclamation in the Interior Building. I relayed this directive to the Jicarilla President who then instructed me to immediately inform Mr. Kenney that the Jicarilla Apache Nation is a sovereign Indian Nation and in accordance with Government-to-Government relations would meet with the Commissioner, Director of Operations, or Deputy of Operations, or whatever official of the Nation deemed necessary. Mr. Kenney understood our position, and since then, I believed that Mr. Kenney respected the Nation's prerogative to schedule meetings independent of his presence or involvement. In most of our meetings with the Bureau of Reclamation, we have coordinated with both Mrs. Cochise and Mr. Kenney.

March 28, 2001
Page 3

    Mrs. Cochise has always had a strong understanding and appreciation of tribal sovereignty and has never suggested that the Nation meet only with one particular office, but has strongly suggested that we keep all interested individuals informed in reference to our project. As I indicated above, it is my usual practice to coordinate with both Mr. Kenney and Mrs. Cochise in matter involving our project with the Bureau of Reclamation. With respect to the meeting on March 6, 2001, it was my oversight in not contacting Mr. Kenney, though we maintain the position that the Jicarilla Apache Nation is not required to coordinate or meet with Mr. Kenney and his office. Furthermore, I strongly believe that Mrs. Cochise should **not** be reprimanded in any manner with respect to her involvement in our meeting.

    If you have any questions or need additional information, please do not hesitate to contact me at (202) 457-7128.

Sincerely,

Shenan R. Atcitty
Senior Counsel
Holland & Knight LLP

Attachment

Law Offices

# HOLLAND & KNIGHT LLP

2099 Pennsylvania Avenue, N.W.
Suite 100
Washington, D.C. 20006 - 6801

202-955-3000
FAX 202-955-5564
www.hklaw.com

| | |
|---|---|
| Atlanta | Northern Virginia |
| Boston | Orlando |
| Bradenton | Providence |
| Chicago | St. Petersburg |
| Fort Lauderdale | San Antonio |
| Jacksonville | San Francisco |
| Lakeland | Seattle |
| Los Angeles | Tallahassee |
| Melbourne | Tampa |
| Miami | Washington, D.C. |
| New York | West Palm Beach |

International Offices:

| | |
|---|---|
| Buenos Aires* | São Paulo |
| Mexico City | Tel Aviv* |
| Rio de Janeiro | Tokyo |

*Representative Offices

March 29, 2001

SHENAN R. ATCITTY
202-457-7128

Internet Address:
sratcitty@hklaw.com

Mr. Mike Gabaldon
Deputy of Operations
Bureau of Reclamation
1849 C Street N.W. MS-7060-MIB
Washington, D.C. 20240

Appellant's

Exhibit # 4

RE:    Meeting between the Bureau of Reclamation and Jicarilla Apache Nation,
Tuesday, March 6, 2001.

Dear Mr. Gabaldon:

For your information, I am enclosing a copy of a letter I sent to Lorraine Bobian, EEO Counselor, Bureau of Reclamation regarding an administrative inquiry into the conduct of Mrs. René Cochise, Policy Analyst, Bureau of Reclamation, in relation to a meeting I scheduled with you and officials of the Jicarilla Apache Nation ("Nation"). First, I would like to inform you that we enjoyed meeting with you earlier this month and that the Jicarilla leaders feel very confident that the Nation's project with the Bureau will not be adversely affected by the change in Administration. We were also very pleased to meet with you personally and to get to know a fellow New Mexican.

With respect to the inquiry into Mrs. Cochise's conduct, I am astonished that the agency would entertain taking action against her for being responsive and helpful to an Indian Nation. We have worked with Mrs. Cochise for well over two years, and she has always been extremely professional, well-prepared, well-knowledgeable and personable. Based on my personal observations and experiences, I am also disturbed by the fact that there appears to be a pattern of adverse agency reaction to her interactions with tribal leaders and representatives. My input is based on work relating to the Jicarilla Apache Nation.

As background, the municipal water system on the Jicarilla Apache Reservation is owned and operated by the Bureau of Indian Affairs and has fallen into severe disrepair basically due to lack of federal funding for regular capital improvements dating back to the 1960's. In October of 1998, the system failed leaving the Reservation without water for 6

days. The National Guard provided emergency basic water needs such as bottled water and portable commodes. One home burned downed with no water for fight the fire. Fortunately, no one was killed or seriously injured. Though the system is Federal property, the Tribal Council provided emergency funding to take corrective action. Water was restored to the community, but the problems with the system continued. The collection lines and sewage system are out of compliance with Federal safe drinking water standards and pose serious health and safety hazards to the community. Based on studies and evaluations from engineers that the Nation retained, the total cost of rehabilitation was estimated at $22-25 million. The Nation has already expended nearly $5 million to repair this system, however, the position of the Nation is that this system and its rehabilitation is the responsibility of the Federal Government.

We naturally began our quest for federal funding with the Bureau of Indian Affairs. The officials there informed the Nation that there was no funding available to address this problem and suggested that we contact the Bureau of Reclamation for assistance. Specifically, we were referred to Mrs. Cochise, who was portrayed as a knowledgeable individual with relevant experience to assist us with our request. After calling Mrs. Cochise, introducing myself and explaining the background of our issue, she provided general information about the Bureau of Reclamation and the Native American Affairs Office (NAAO) as well as specific information regarding the authorization and appropriations process for securing a Reclamation project. We then scheduled a meeting with Steve Magnussen, which included the NAAO. Following the meeting with Mr. Magnussen and his staff, I met separately with NAAO and was surprised by the demeanor of the NAAO staff towards Mrs. Cochise. Mrs. Cochise's input was basically ignored and treated as non-consequential, which was in stark contrast to the open and helpful conversation that I had had separately with her. In private, I asked if there were issues amongst the staff that we should know of given that we were beginning a working dialogue with the agency. She politely made excuses for the staff and pledged that the agency would have no difficulty working with the Nation.

Without rehashing in detail one of my first encounters with Chris Kenney, which is described in more detailed in my letter to Ms. Bobian, I formed an early impression that there were resentment issues amongst the NAAO staff against Mrs. Cochise. On more than one occasion, Chris Kenney and Betty Johnson have stated or strongly insinuated that the Nation should not interact with Mrs. Cochise without their involvement or without first checking with them. (Conversely, Mrs. Cochise has never attempted to exclude anyone, but always encourages the inclusion of all affect parties, including Chris Kenney himself.) I view this attitude as being very paternalistic towards an Indian Nation and pointedly biased against Mrs. Cochise. Mrs. Cochise has developed strong credibility with the Nation and has earned our trust. I do not believe that there is any regulatory or other restraint that would bar, limit or otherwise qualify our interaction with her.

Finally, I was displeased with the NAAO staff's reaction to our recognition of Mrs. Cochise's work in our meeting with you. In the midst of our recognition to you of Mrs.

March 29, 2001
Page 3

Cochise's exception work, Betty Johnson pulled out Chris Kenney's card, announced his title and stated that she was representing him and then reminded us that we should meet with him on all of our matters. Mrs. Johnson is well aware of the fact that we regularly meet with Chris Kenney and the NAAO staff, and I felt that it was somewhat tacky for her to attempt to steal the spotlight from Mrs. Cochise's well-earned recognition. In fact, you thanked us for complimenting one of your own, while Mrs. Johnson failed to even acknowledge Mrs. Cochise.

When evaluating each of the above instances separately, each event could be readily explained or justified. However, in the totality, I believe that there is an unquestionable problem. Because the instant action against Mrs. Cochise is based on a meeting involving me and my representation of the Jicarilla Apache Nation, I believe that my input is important and necessary to the evaluation of this specific matter as well as the larger issues involving Mrs. Cochise. As a Native American attorney, I am very disturbed that these issues surrounding Mrs. Cochise appear to be discriminatory in nature, and that her natural and professional rapport with tribal leaders is somehow being used against her. I trust that the agency will treat her with proper due process, including taking into account the appropriate consideration of her professional abilities and accomplishments.

The Jicarilla Apache Tribal Council will meet next week, and I will provide them with a legislative report and I will present a resolution in support of Mrs. Cochise's detail to the House Resources Water and Power Subcommittee. You should also be aware of the fact that the Jicarilla Apache Nation and myself have favorably commented in public on our working relationship with the Bureau of Reclamation which is due in large part to our work with Mrs. Cochise. If action is taken against Mrs. Cochise based on a meeting that I scheduled with you and the Jicarilla Apache Nation, I will be compelled to reevaluate our relationship with the Bureau of Reclamation and report my recommendations to the Nation as well other affected tribes.

In closing, I want to reiterate that it was an absolute pleasure meeting with you, and we look forward to a continued successful dialogue and relationship with the Bureau of Reclamation. If you have any questions or need additional information, please do not hesitate to contact me at (202) 457-7128.

Sincerely,

Shenan R. Atcitty
Senior Counsel
Holland & Knight LLP

Attachments