UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| Rene Cochise,<br><br>      Plaintiff,<br><br>v.<br><br>Dirk Kempthone, Secretary,<br>United States Department of Interior,<br><br>      Defendant. | Civil A. No. 06-980 (RJL) |

### AFFIDAVIT OF RENE COCHISE

1. On several occasions, Chris Kenny took reprisals against me because of my past EEO activity, but I did not report the retaliatory actions because I did not want Mr. Kenny to continue to harass and take further discriminatory actions against me.

2. During my very first annual performance review, Mr. Kenney emphasis was not on my work product, duties and responsibilities, but rather on the basis that he was the selecting official. He emphasized that I owed him for the position I was hired for. This point was emphasized throughout our discussion. I felt threatened by this statement. I did not raise this issue with Mr. Kenney due to reprisal from him.

3. In the spring of 1999, Mr. Kenney held a meeting in the Washington office with his staff and the regional tribal program managers. (I was one of the last individuals present for this meeting. I noticed that Mr. Kenney

was sitting at the conference table and Barbara White was sitting directly behind him.) I was directly behind Ms. Ramona Saunders upon entering the room, what I observed was that Mr. Kenney reclined his chair, to acknowledge those entering the room, he reclined his chair to the point where his chair and person looked like he was resting in Ms. White lap. I was offended by Mr. Kenney's actions. I did not raise this issue with Mr. Kenney due to reprisal from both Mr. Kenney and Ms. Barbara White. The retaliation continued for several years, and I only complained when the reprisals became unbearable.

4. During the fall of 1999, Ms. Cochise requested copies of her time and attendance, and was notified by Ms. Perfelia Madalena (Leia), office secretary, that many of her files were missing, specifically pay period 8 – 20. I was treated rudely and question by Ms. Perfelia Madelena, she questioned my authority to request this information. Mr. Kenney never requested that Ms. Perfelia Madalena, provide an explanation or apology for the loss of such documents. Due to this loss of time and attendance for the afore mentioned time, I loss the use of credit hours. The retaliation continued for several years, and I only complained when the reprisals became unbearable.

5. During the fall of 1999, I observed Barbara White place a document on my chair, after I pick up the document, I noticed it was a job announcement. This type of behavior continued. I would not complain because I did not want Mr. Kenny to take further reprisals. The retaliation

continued for several years, and I only complained when the reprisals became unbearable.

6. During the spring of 2000, Ms Perfelia Madalena (Leia), accompanied Mr. Kenney to Albuquerque, New Mexico to discuss Indian Operation & Maintenance (O&M) issues with various tribes. Mr. Kenney introduced Ms. Madalena, office secretary, as his resource representative. I was offended by Mr. Kenney's actions, since this is my background and these are the tribes I have and do collaborate with. The aforementioned tribes were aware that Ms. Madalena had no knowledge, skill or background of Indian O&M projects or issues. I did not raise this issue with Mr. Kenney because I did not want Mr. Kenny to continue to harass and take further discriminatory actions against me.

7. Mr. Kenny never apologized for locking his office door during the period that I served as Acting Director, and he never acknowledged that my failure to meet the time sensitive deadline was caused by his actions.

8. Mr. Kenny's secretary, Perfelia Madalena (Leia) never apologized for neglecting and refusing to give me time sensitive documents that were locked in Mr. Kenny's office during my tenure as Acting Director. Even though I technically served as her supervisor at the time, she completely ignored my authority, and she never received a letter of counseling or reprimand for her improper action.

_____
Rene Cochise

3

DISTRICT OF COLUMBIA} ss:

I hereby certify that the above-named affiant, Rene Cochise, personally appeared before me on the 19th day of August, 2008, and signed this document entitled the Affidavit of Rene Cochise.

_____
                              NOTARY PUBLIC

My commission expires:

WING C. YUEN
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2013

4